**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

**IN THE MATTER OF:**

STEPHEN LAWHORN Case No. 18-47605-MBM
SALLY N. LAWHORN, Honorable MARCI B. MCIVOR
 Chapter 13
 Debtors.

9893 Fairbanks
Belleville, MI 48111
XXX-XX-7992,
XXX-XX-9822
_____/

**OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN
ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC**

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtors ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on May 24, 2018.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $9,744.06 (plus interest, fees and costs) and in possession of the following: 2016 Ford Flex (VIN: 2FMGK5C8XGBA17934) (Acct. No.: 7577) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was leased under a Vehicle Lease Agreement (the "Lease").

4. The Proposed Plan cannot be confirmed for the following reasons:

 a) The Proposed Plan fails to provide for surrender of the Vehicle or Relief from the Automatic Stay at Lease maturity. The Lease matures on October 15, 2019, at which time, the Debtor's interest in the Vehicle ends and the Debtor has no right to retain possession, thereafter.

 b) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

 (i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a) (4).

1

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/*SHAKEENA G. MELBOURNE*
RICHARDO I. KILPATRICK, ESQ. (P35275)
SHAKEENA G. MELBOURNE, ESQ. (P78958)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: June 5, 2018