UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | **Stephen Lawhorn** | CHAPTER 13 |
| | **Sally N. Lawhorn** , | CASE NO: **18-47605** |
| | Debtor. | JUDGE **McIvor** |

# ORDER CONFIRMING PLAN AND MODIFYING AUTOMATIC STAY AS TO FORD MOTOR CREDIT

Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Babut Law Offices PLLC,** Attorney for Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,050.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that Debtor shall maintain all policies of insurance on all property of Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

- Chapter 13 plan payment shall be $1124.00/month effective March 21, 2019.
- Class 9 unsecured creditors shall receive a 100% dividend on all duly filed claims.
- Debtors are not required to pay federal income tax refunds into the Plan.
- The Automatic Stay, pursuant to 11 U.S.C. 362 and 1301, shall be vacated as it applies to Ford Motor Credit and the 2016 Ford Flex on October 16, 2019, the lease termination date, or the date of surrender. Ford Motor Credit is not required to file an amended proof of claim pursuant to LBR 4001-5 or LBR 3016.

**Objections Withdrawn**

For Creditor Ford Motor Credit

/s/ Michael Brown

Michael Brown (P71385)

Approved:

| /s/ Thomas D. DeCarlo attorney for | /s/ Nate Herdt |
|---|---|
| David W. Ruskin<br>Chapter 13 Standing Trustee<br>1100 Travelers Tower<br>26555 Evergreen Road<br>Southfield, MI 48076 | NATE HERDT (P88144)<br>Babut Law Offices PLLC<br>Attorney for Debtor(s)<br>700 Towner Street<br>Ypsilanti, MI 48198<br>(734) 485-7000 |

**Signed on March 27, 2019**



/s/ Marci B. McIvor

Marci B. McIvor
United States Bankruptcy Judge